CATHERINE CORTEZ MASTO
Attorney General
C. WAYNE HOWLE
Solicitor General
WHowle@ag.nv.gov
Nevada State Bar #3443
100 North Carson Street
Carson City, Nevada  89701-4717
Telephone:  (775) 684-1227
Facsimile:  (775) 684-1108
Attorneys for Defendant Hon. Conrad Hafen

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas G. Vail, individually, | CASE NO. 2:12-cv-01148-MMD-CWH |
| Plaintiffs, | |
| vs. | *EX PARTE* MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT (First Request) |
| State of Nevada, ex rel. Catherine Cortez Masto as State Attorney General; et al. | |
| Defendants. | |

Pursuant to Local Rules 6-1 and 6-2, Defendant Hon. Conrad Hafen (Movant), individually and as former Chief Deputy Attorney General, by and through his counsel, Nevada Attorney General Catherine Cortez Masto and Solicitor General C. Wayne Howle, respectfully moves for an extension of time to file an answer or motion responsive to the complaint filed by plaintiff Thomas G. Vail on May 29, 2012 and served on Movant on July 16, 2012.  Movant requests an enlargement of fourteen days from the date of this motion—to August 20, 2012—in which to file an answer or other responsive pleading.

This request for extension of time is necessary because of the time which has been required to consider and assign the legal representation for Judge Hafen.  The Office of the Attorney General is responsible under Nev. Rev. Stat. 41.0338(1), which designates the State Attorney General as the "official attorney" representing State employees and officials. Although Judge Hafen is currently an employee of Clark County, he is entitled to

1 representation for his actions while in the course and scope of his former employment with the
2 Attorney General's Office. Additionally, the press of responsibilities in undersigned counsel's
3 numerous other matters has caused further and unavoidable delay.
4     Undersigned counsel attests that this request for extension of time is not for the
5 purpose of delay.
6     DATED this 6th day of August 2012.

CATHERINE CORTEZ MASTO,
Attorney General for the State of Nevada

By: s/ C. Wayne Howle
    C. Wayne Howle
    Solicitor General
    Nevada State Bar No. 3443
    100 N. Carson Street
    Carson City, Nevada 89701
    (775) 684-1227; Fax (775) 684-1108
    Attorneys for Hon. Conrad Hafen

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

Dated: August 7, 2012