GLENN H. TRUITT, ESQ.
Nevada Bar #12506
glenn@truittlawgroup.com
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
kristina@truittlawgroup.com
TRUITT LAW GROUP
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
(702) 425-3529
(702) 441-0899 (fax)
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## SOUTERN DISTRICT OF NEVADA

THOMAS G. VAIL, individually,

Plaintiff,

vs.

STATE OF NEVADA, ex rel. CATHERINE
CORTEZ MASTO as STATE ATTORNEY
GENERAL; et al.,

Defendants.

CASE NO.:  2:12-CV-1148-MMD-CWH

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL OF RECORD

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Withdraw as counsel for the Plaintiff is GRANTED.

IT IS HEREBY FURTHER ORDERED that all further pleadings and correspondence shall be served on the Plaintiff at his last known address of:

Thomas Vail
7582 Las Vegas Blvd So., Suite 508
Las Vegas, NV 89123
702-275-7195

IT IS FURTHER ORDERED that Plaintiff Thomas Vail shall advise the Court within fifteen (15) days if he intends to retain new counsel or proceed pro se in this action.

Dated: This 11th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE