GLENN H. TRUITT, ESQ.
Nevada Bar #12506
glenn@truittlawgroup.com
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
kristina@truittlawgroup.com
TRUITT LAW GROUP
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
(702) 425-3529
(702) 441-0899 (fax)
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTERN DISTRICT OF NEVADA**

THOMAS G. VAIL, individually,

          Plaintiff,

vs.

STATE OF NEVADA, ex rel. CATHERINE
CORTEZ MASTO as STATE ATTORNEY
GENERAL; et al.,

          Defendants.

CASE NO.:  2:12-CV-1148-MMD-CWH

**ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL OF RECORD**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Withdraw as counsel for the Plaintiff is GRANTED.

IT IS HEREBY FURTHER ORDERED that all further pleadings and correspondence shall be served on the Plaintiff at his last known address of:

    Thomas Vail
    7582 Las Vegas Blvd So., Suite 508
    Las Vegas, NV 89123
    702-275-7195

IT IS FURTHER ORDERED that Plaintiff Thomas Vail shall advise the Court within fifteen (15) days if he intends to retain new counsel or proceed pro se in this action.

    Dated: This 11th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1 of 1