CATHERINE CORTEZ MASTO
Attorney General
KEVIN BENSON
Senior Deputy Attorney General
Nevada Bar No. 9970
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1114
Attorneys for Defendant
JOHN ARANA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS G. VAIL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. CATHERINE CORTEZ MASTO as STATE ATTORNEY GENERAL; CONRAD HAFEN, individually and as Chief Deputy Attorney General; STATE OF NEVADA ex rel. ROSS MILLER as SECRETARY OF STATE; JOHN ARANA, individually and in his Official Capacity as an Investigator for Secretary of State; STATE OF NEVADA ex rel. SCOTT J. KIPPER as COMMISSIONER OF NEVADA DIVISION OF INSURANCE; AMY L. PARKS, individually and in her Official Capacity as Chief Insurance Counsel and Hearing Officers for the Division of Insurance; and DOES I through X inclusive,<br><br>Defendants. | CASE NO.  2:12-cv-01148-JAD-CWH<br><br>**ORDER EXTENDING TIME** |

Before the Court is the Parties' Stipulation and Request to Extend the time to hold the Rule 26(f) conference and submit the scheduling plan. This Court previously ordered the parties to submit the plan by August 12, 2013 (#42).

Plaintiff has been attempting to retain new counsel during that time, and expects to do so soon. The Parties would like to extend the time so that Plaintiff's new counsel can participate in the Rule 26(f) conference.

1  Good cause appearing, IT IS HEREBY ORDERED that: the time to hold the Rule 26(f)
2  conference and to file the proposed discovery plan and scheduling order is extended up to
3  and including September 6, 2013.
4  DATED: August 13, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge